# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JIMMY TOBIAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| 950 Pennsylvania Ave. NW | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

1. In a February 2025 news interview, Attorney General Pam Bondi told America that Jeffrey Epstein's client list was sitting on her desk awaiting her review. Plaintiff JIMMY TOBIAS seeks release of whatever the document was to which Ms. Bondi was referring. Notwithstanding the frenzy of interest in this issue as evident from mountains of news coverage, Congressional subpoenas, and political commentary, exchanges between Ms. Bondi and FBI Director Kash Patel, and the diversion of FBI agents from their regular duties to look for and process other Epstein documents that DOJ and FBI considered highly important to be released, and notwithstanding how easy it would be to obtain and process the requested document if it exists (or simply state that it does not), Defendant U.S. DEPARTMENT OF JUSTICE has refused to grant expedited processing and has failed to process the request in a timely manner.

## PARTIES

2. Plaintiff JIMMY TOBIAS is an independent reporter who has written for *The Guardian* and *The Nation*, among other media outlets, and is the FOIA requester in this case.

3. Defendant U.S. DEPARTMENT OF JUSTICE is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## JULY 23, 2025 FOIA REQUEST TO DOJ

6. On July 23, 2025, Plaintiff submitted the following FOIA request to DOJ:

> In a February 2025 appearance on Fox News, Attorney General Pam Bondi was asked the following by a Fox News journalist: "The DOJ may be releasing the list of Jeffrey Epstein's clients. Will that really happen?" Bondi responded: "It is sitting on my desk right now to review. That has been a directive by President Trump. I am reviewing that." You can see the full interview here: https://www.foxnews.com/politics/bondi-says-epstein-client-list-sitting-my-desk-right-now-reviewing-jfk-mlk-files
>
> I seek all of the Epstein-related records that Bondi was referring to during this interview appearance, including the document or documents she was referring to when she stated, "It is sitting on my desk right now to review." This request also seeks the "list of Jeffrey Epstein's clients" that Bondi was asked about by the Fox News reporter and confirmed having in her possession during the interview appearance.
>
> I do not seek a copy of the publicly available list of Epstein's associates that was unsealed by a judge in 2024 in a civil lawsuit against Ghislaine Maxwell, and which is described in this CBS News article: https://www.cbsnews.com/news/jeffrey-epstein-list-associates-unsealed-judge-rules/

7. Plaintiff's request sought expedited processing based on the urgency to inform the public regarding the investigation of Jeffrey Epstein.

8. A true and correct copy of the original FOIA request, along with subsequent correspondence, is attached as Exhibit 1.

9. On August 12, 2025, DOJ acknowledged receipt of the FOIA request, assigned reference number FOIA-2025-06208 to the matter, assigned the request to the "complex track" for processing, and denied Plaintiff's request for expedited processing.

10. There is nothing "complex" about the request: DOJ need only ask Ms. Bondi for the document that she was referring to in a news interview on an incredibly high-profile issue.

11. A true and correct copy of the correspondence is attached as Exhibit 2.

12. On August 25, 2025, Plaintiff sent a follow-up message to DOJ seeking an estimated date of completion.

13. A true and correct copy of the correspondence is attached as Exhibit 3.

14. DOJ did not send any further correspondence to Plaintiff regarding this request.

15. As of the date of this filing, DOJ has not issued a determination on Plaintiff's request.

16. As of the date of this filing, DOJ has failed to make any responsive records promptly available to Plaintiff.

17. It was feasible for DOJ to have produced any responsive records within 20 business days of receiving the request.

## COUNT I – DOJ'S FOIA VIOLATION

18. Paragraphs 1-17 are incorporated by reference.

19. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

20. Defendant DOJ is a federal agency subject to FOIA.

21. DOJ failed to grant expedited processing in violation of the statute.

22. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

23. Defendant DOJ has failed to conduct a reasonable search for records responsive to the request.

24. Defendant DOJ has failed to issue a determination within the statutory deadline.

25. Defendant DOJ has failed to produce records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

i. declare that Defendant has violated FOIA;

ii. order Defendant to conduct a reasonable search for records and to produce the requested records as soon as feasible and/or promptly, or if the records do not exist, to furnish a sworn declaration saying so;

iii. enjoin Defendant from withholding non-exempt public records under FOIA;

iv. award Plaintiff attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: August 26, 2025

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
JIMMY TOBIAS

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com