UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY TOBIAS,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Civil Action No. 25-CV-02853-RDM |

## JOINT STATUS REPORT

Plaintiff Jimmy Tobias and Defendant U.S. Department of Justice respectfully submit this status report.

In this FOIA case, Tobias seeks the documents to which the Attorney General referred during a February 2025 news appearance. The Court, in its December 9, 2025 Minute Order, granted Tobias's summary judgment motion in part, denied it in part without prejudice, and ordered DOJ to "respond to the portion of Plaintiff's FOIA request seeking the client list to which Attorney General Pam Bondi purportedly referred during a February 2025 appearance on Fox News," including by providing a search declaration, on or before January 6, 2026. DOJ provided Plaintiff with a declaration as ordered by the Court, as well as a response with respect to the balance of Plaintiff's FOIA request. *See* ECF No. 21.

On January 8, counsel for Tobias sent DOJ a letter with respect to the search declaration and DOJ's response to Plaintiff's request. Counsel for the parties conferred further, and the parties reached agreement that summary judgment is the appropriate next step in the case.[1] Pursuant to

---

[1] Tobias reserves the right to seek additional relief, including discovery and/or an evidentiary hearing.

- 2 -

the Court's Standing Order, ECF No. 7, the parties respectfully propose to file simultaneous pre-motion statements on January 26, 2026, followed by a pre-motion conference at the Court's convenience.

Dated: January 15, 2026                     Respectfully submitted,

*/s/ Stephen Stich Match*
Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
Tel. (520) 488-0486
foia@loevy.com

*Attorneys for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI
Senior Trial Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 616-0680
Email: michael.j.gerardi@usdoj.gov

*Counsel for Defendants*